USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/21/2026

MEMO ENDORSED

**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

August 20, 2026

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v El Mujaahid,* 26 Cr. 329 (NSR)

Your Honor:

On August, 12, 2026, I was to represent the defendant Jing Yan Ye. Soon thereafter, Ms. Ye retained private counsel. Shortly thereafter, Mr. Cheng retained Howard Schwartz to represent her. On August, 14, 2026, Mr. Schwartz filed a Notice of Appearance. Accordingly, I request permission to withdraw as counsel and ask that my appearance be terminated on the docket.

Respectfully submitted,

/s/
James E. Neuman

**The Court notes Counsel Neuman mistakenly captioned this action as USA v. El Mujaahid but understands he meant USA v. Cheng et al. In light of Defendant Jing Yan Ye's retainment of counsel Howard Schwartz, Counsel James Neuman is terminated as counsel of record for Defendant Jing Yan Ye. The Clerk of Court is directed to terminate the motion at ECF No. 65.**

**Dated: August 20, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE